**ROGER VINSON**
**CHIEF JUDGE**

Telephone (850) 435-8444
Facsimile (850) 435-8489

August 6, 2004

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re: <u>Calendar Year 2003 Filing</u>.

Dear Judge Lisi:

      In response to your letter of August 2, 2002, please consider the following as amending my 2003 Financial Disclosure Report:

      The bank account on line 79 of Part VII was opened on October 22, 2003, with value code "M". The account on line 80 of Part VII was opened by an independent escrow agent about March 18, 2003, and closed about June 3, 2003, with value code "M". The item on line 57 of Part VII is a conversion by the IRA Trustee of the item on line 58 of Part VII in the 2002 report.

      The security listed on line 6 of Part VII of the 2002 report is owned by a ███ who was dependent in 2002, but not in 2003. The securities listed on lines 70 through 75 of the 2002 report were all part of the 403(b) plan converted into an annuity, as reported at line 67 of the 2003 report.

Sincerely,



Roger Vinson

RV:vh

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Vinson, Roger | 2. Court or Organization District Court - NDFL | 3. Date of Report 05/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Courthouse One North Palafox Street, #517 Pensacola, FL 32501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee and Chairman | ███████████ Memorial Fund |
| 2. Trustee | Trust #1 |
| 3. Co-Trustee | ████ Cemetery Trust Fund |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 11 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Florida Retirement System |
| 2. | 2003 | Pensacola Junior College |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage Loan - ████ Florida | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Land ( KY) | | None | | | Sell | 4/25 | M | F | W. Stallons |
| 2. Land ( FL) | | None | K | W | | | | | |
| 3. House ( FL) | | None | | | Buy | 6/11 | L | | E. Roberts |
| 4. House ( FL) | | None | | | Sell | 10/23 | M | E | Double U Invest. LLC |
| 5. Condominium ( Florida) | B | Rent | | | Sell | 3/18 | M | F | R. Joslyn |
| 6. Condominium ( Florida) | C | Rent | O | W | Buy | 6/3 | N | | Island Resorts Development, |
| 7. Adams Express | A | Dividend | J | T | | | | | |
| 8. Anglo American | A | Dividend | J | T | | | | | |
| 9. Catepillar | A | Dividend | J | T | | | | | |
| 10. Chiron | | None | J | T | | | | | |
| 11. Cooper Ind. | A | Dividend | J | T | | | | | |
| 12. Englehard | A | Dividend | J | T | | | | | |
| 13. Essential Therapetics | | None | | | Bankrupt | | | | |
| 14. Exxon Mobil | A | Dividend | K | T | | | | | |
| 15. First American Financial | A | Dividend | J | T | | | | | |
| 16. Gold Fields, Ltd. | A | Dividend | J | T | | | | | |
| 17. Intel | A | Dividend | J | T | | | | | |
| 18. JDS Uniphase | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. LSI Logic | | None | J | T | | | | | |
| 20. Matrixx Initiatives | | None | J | T | | | | | |
| 21. McDonalds | A | Dividend | K | T | | | | | |
| 22. Microchip Technology | A | Dividend | K | T | | | | | |
| 23. Mirant Corp | | None | | | Bankrupt | | | | |
| 24. Myriad Genetics | | None | J | T | | | | | |
| 25. Pioneer Nat. Res. | | None | J | T | | | | | |
| 26. Royce Value Fund | A | Dividend | J | T | | | | | |
| 27. Ruby Tuesday | A | Dividend | K | T | | | | | |
| 28. Salomon Bros. Fund | A | Dividend | | | Sell | 12/16 | J | A | |
| 29. Southern Company | A | Dividend | K | T | | | | | |
| 30. Symbol Technology | A | Dividend | J | T | | | | | |
| 31. TECO | A | Dividend | J | T | Buy | 2/24 | J | | |
| 32. T. Rowe Price Tax-Free Fund | C | Dividend | L | T | | | | | |
| 33. T. Rowe Price Spectrum Gr. Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard Energy Fund | A | Dividend | J | T | | | | | |
| 35. Vanguard Precious Metals Fund | A | Dividend | J | T | | | | | |
| 36. Vanguard Tax-Managed Cap. Appreciation Fund | A | Dividend | J | – T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Vanguard Index - Total Stock Fund | A | Dividend | K | T | | | | | |
| 38. | Walmart | A | Dividend | K | T | | | | | |
| 39. | Watson Pharm. | | None | J | T | | | | | |
| 40. | 401-K Fidelity Retirement Services | A | Dividend | N | T | | | | | |
| 41. | - Fidelity Prime Fund | | | | | | | | | |
| 42. | - Adv. Interm. Bd | | | | | | | | | |
| 43. | - Adv. Balanced | | | | | | | | | |
| 44. | - Adv. Equity Inc. | | | | | | | | | |
| 45. | - Adv. Div. Growth | | | | | | | | | |
| 46. | - Adv. Equity Growth | | | | | | | | | |
| 47. | - Adv. Large Cap | | | | | | | | | |
| 48. | - Adv. Mid Cap | | | | | | | | | |
| 49. | - Adv. Value Strat. | | | | | | | | | |
| 50. | - Adv. Div Int'l. | | | | | | | | | |
| 51. | - Adv. Health Care | | | | | | | | | |
| 52. | - Janus Adviser Int'l | | | | | | | | | |
| 53. | IRA American Bar Assoc. Retirement | A | Dividend | K | T | | | | | |
| 54. | - Equity Money Market | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less  F = $50,001-$100,000 | B = $1,001-$2,500  G = $100,001-$1,000,000 | C = $2,501-$5,000  H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000  H2 = More than $5,000,000 | E = $15,001-$50,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less  N = $250,000-$500,000  P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000  O = $500,001-$1,000,000 | L = $50,001-$100,000  P1 = $1,000,001-$5,000,000  P4 = $More than $50,000,000 | M = $100,001-$250,000  P2 = $5,000,001-$25,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Stock | | | | | | | | | |
| 56. - Gov Securities | | | | | | | | | |
| 57. - AXA Moderate | | | | | | | | | |
| 58. - Aggress. Stock | | | | | | | | | |
| 59. - High Yield | | | | | | | | | |
| 60. - Growth and Income | | | | | | | | | |
| 61. - Lazard Sm. Cap. Value | | | | | | | | | |
| 62. - MFS Emer. Growth | | | | | | | | | |
| 63. - Equity 500 Index | | | | | | | | | |
| 64. - Eq. Technol. | | | | | | | | | |
| 65. - Alliance Int'l. Eq. | | | | | | | | | |
| 66. - Mercury Int'l. Eq. | | | | | | | | | |
| 67. 403(b) Nationwide | A | Dividend | | | Converted* | 10/31 | | | *to Annuity |
| 68. IRA Price Funds | A | Dividend | K | T | | | | | |
| 69. - Blue Chip Growth | | | | | | | | | |
| 70. - Growth & Income | | | | | | | | | |
| 71. - Int'l. Discovery | | | | | | | | | |
| 72. - New Asia | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Science & Tech. | | | | | | | | | |
| 74. - Spectrum Growth | | | | | | | | | |
| 75. - New Income | | | | | | | | | |
| 76. - Prime Reserve | | | | | | | | | |
| 77. Members First Credit Union, Pensacola, FL - Savings | A | Interest | J | T | | | | | |
| 78. AmSouth Bank of Pensacola, Accounts | A | Interest | J | T | | | | | |
| 79. Beach Bank Account | A | Interest | M | T | | | | | |
| 80. Southtrust Bank Account | A | Interest | | | | | | | |
| 81. Life Insurance (Whole) (Bankers Life) | A | ** | | | Terminated | 10/1 | | | |
| 82. Life Insurance (Whole) (Protective Life) | A | ** | J | V | | | | | |
| 83. Life Insurance (Whole) (Navy Mutual Aid) | A | ** | L | V | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vinson, Roger | 05/14/2004 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII.
82.  B(2) ** Cash Value Increase
83.  B(2) ** Cash Value Increase
84.  B(2) ** Cash Value Increase

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date ___5/17/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544